**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA A. McCOLM,<br>Plaintiff,<br>v.<br>APRIA HEALTHCARE LLC,<br>Defendant. | No. 2:26-cv-2247-DAD-ICD<br><br>ORDER |

Good cause appearing, Defendant Apria Healthcare LLC's ex parte application for an initial 28-day extension (ECF No. 13) is GRANTED.

Defendant shall respond to the Complaint on or before November 6, 2026.

IT IS SO ORDERED.

Dated: October 8, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE