**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA A. McCOLM,<br>Plaintiff,<br>v.<br>APRIA HEALTHCARE, LLC,<br>Defendant. | No. 2:26-cv-2247-DAD-ICD<br><br>ORDER |

Plaintiff, who is proceeding *pro se*, brings this civil rights action. Plaintiff filed a complaint on June 24, 2026, ECF No. 1, and Defendant filed an answer on November 6, 2026, ECF No. 16.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The matter is set for an initial status/scheduling conference before the undersigned on **December 9, 2026, at 10:00 a.m.**, via Zoom.
2. On or before **December 2, 2026**, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

Dated: November 12, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE